UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GORDON ERUCHALU,<br><br>                            Plaintiff(s),<br><br>      v.<br><br>US BANK NATIONAL ASSOCIATION, et al.,<br><br>                            Defendant(s). | Case No. 2:15-CV-946 JCM<br><br>ORDER |

       Presently before the court is *pro se* appellant Godson Eruchalu's motion to extend time. (Doc. # 20).

       This case is an appeal from bankruptcy court. On May 20, 2015, appellant filed his notice of appeal with this court. (Doc. # 1). On July 1, 2015, the court entered a minute order setting a deadline of July 18, 2015, for appellant to file his opening brief. (Doc. # 17).

       On July 15, 2015, appellant filed the instant motion. Appellant asks the court for a 20 day extension of time to August 6, 2015. Appellant states that he has had to devote substantial time responding to briefs in other pending cases before the district and bankruptcy courts. He also notes that he is currently undergoing medical corrective eye and knee procedures at the Veteran's Administration Hospital. (Doc. # 20).

       This is appellant's first request for an extension of time, and he asserts that he does not anticipate requesting any further extensions.

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1  Good cause appearing,

2  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that appellant's motion to
3  extend time, (doc. # 20), be, and the same hereby is, GRANTED. Appellant shall have up to and
4  including August 6, 2015, to file his opening brief.

5  DATED July 16, 2015.

6  _____
7  UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**