Ryan A. Loosvelt, Esq. (8550)
Patrick J. Reilly (6103)
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
(702) 669-4600
(702) 669-4650 – fax
raloosvelt@hollandhart.com
*Attorneys for U.S. Bank National Association, U.S. Bank Home Mortgage and Mortgage Electronic Registration Systems, Inc.,* erroneously sued as *MERS*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GODSON ERUCHALU,<br><br>             Appellant,<br><br>vs.<br><br>US BANK NATIONAL ASSOCIATION AS TRUSTEE OF GINNIE MAE GUARANTEE REMIC PASS-THROUGH SECURITIES AND MX SECURITIES; GINNIE MAY REMIC TRUST 2010-134; US BANK HOME MORTGAGE; BANK OF AMERICA; FIRST OPTION MORTGAGE; NATIONAL DEFAULT SERVICING CORP., MERS; and DOES 1-100 inclusive,<br><br>             Appellees. | CASE NO. 2:15-CV-00946-JCM<br><br>Appealed from<br>CASE NO. 2:14-BK-11381-ABL<br>ADV. NO. 2:14-AP-01117-ABL<br><br>**APPELLEES' UNOPPOSED MOTION TO EXTEND TIME TO FILE ANSWERING BRIEF**<br><br>**(First Request)** |

Pursuant to FRCP 6(b) and LR 6-1, Appellees/Defendants U.S. BANK NATIONAL ASSOCIATION, U.S. BANK HOME MORTGAGE and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (erroneously named as MERS) (collectively "Appellees"), by and through their counsel of record HOLLAND & HART LLP, hereby move the Court for a two (2) week extension to file their Answering Brief. This request is timely as the current deadline is August 20, 2015, and request is made to extend the time to file through September 3, 2015. Appellant has stated by email that he "has no objection" to Appellees request for extension of time (*see* Exhibit 1 hereto).

///

8010484_1

1    DATED this 19th day of August, 2015.

2                                              HOLLAND & HART LLP

3                                              ___/s/ Ryan A. Loosvelt_____
     Ryan A. Loosvelt, Esq. (8550)
4    Patrick J. Reilly (6103)
     9555 Hillwood Drive, 2nd Floor
5    Las Vegas, Nevada 89134
     *Attorneys for Appellees/Defendants Mortgage*
6    *Electronic Registration Systems, Inc., U.S. Bank*
     *National Association, U.S. Bank Home Mortgage*

## MEMORANDUM OF POINTS AND AUTHORITIES

The current deadline for the Appellees to file their Answering Brief is August 20, 2015. The Appellant initially filed a request for a 20-day extension to file his Opening Brief on July 15, 2015 [Dkt. #20]. Appellees did not oppose the request. The Court granted Appellant's motion to extend time to file his answering brief on July 16, 2015 [Dkt. #21]. On August 6, 2015, Appellant filed his Opening Brief [Dkt. #22].

Appellees' counsel had a pre-planned vacation that in part coincided with the time to file the Answering Brief after the extension granted to Appellant. (Loosvelt Declaration). Appellees' counsel has also been consumed on other time-sensitive and emergency matters, including several depositions and motions in other state, federal, and AAA arbitration proceedings. (*Id.*). Appellees reached out to Appellant and notified him of the Appellees intent to seek additional time to submit an Answering Brief, and Appellant sent an email stating "has no objection" to Appellees request for extension of time. (*See* Exhibit 1 hereto).

This is Appellees' first request for an extension, and request is made before the deadline to file the Answering Brief has passed. A court may extend the deadline for good cause where the request is made before the extension expires. Fed. R. Civ. P. 6(b)(1)(A). Appellees' request for an extension is also unopposed. The declination of a party to oppose a motion constitutes consent to the granting of the motion pursuant to LR 7-2(d). Consequently, for good cause, Appellees request this Court grant their unopposed Motion for Extension of Time to File Answering Brief through September 3, 2015.

///

DATED this 19th day of August, 2015.

HOLLAND & HART LLP

___/s/ Ryan A. Loosvelt_____
Ryan A. Loosvelt, Esq. (8550)
Patrick J. Reilly (6103)
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
*Attorneys for Appellees/Defendants Mortgage Electronic Registration Systems, Inc., U.S. Bank National Association, U.S. Bank Home Mortgage*

## **DECLARATION OF RYAN LOOSVELT**

I, RYAN LOOSVELT ESQ., hereby declare as follows:

1. I am an attorney in the law firm Holland and Hart LLP, attorneys of record for Appellees/Defendants U.S. BANK NATIONAL ASSOCIATION, U.S. BANK HOME MORTGAGE, and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., erroneously named as MERS (hereinafter "MERS") (U.S. Bank and MERS collectively as "Appellees"). I am over the age of eighteen years old, I have personal knowledge of the facts and circumstances set forth in this Declaration, and could and would competently testify thereto in a court of law.

2. Attached as **Exhibit 1** to Appellees' Motion for Extension is a true and correct copy of the August 19, 2015 email string between myself and Appellant wherein Appellant states he has no objection to Appellees request for a two week extension.

3. Among other things, I had a pre-planned vacation that coincided the time to brief and file the Answering Brief after the extension granted to Appellant. I have also been consumed on other time-sensitive and emergency matters, including several depositions and motions in other state, federal, and AAA arbitration proceedings.

I declare that the foregoing is true and correct under the penalty of perjury under the laws of the United States of America.

DATED: August 19th, 2015.   ____/s/ Ryan Loosvelt_____
Ryan A. Loosvelt

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Holland & Hart LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

Dated: August 20, 2015_____

# EXHIBIT 1

# EXHIBIT 1

## Ryan A. Loosvelt

| | |
|---|---|
| **From:** | Godson Eruchalu <sirgodson@yahoo.com> |
| **Sent:** | Wednesday, August 19, 2015 1:49 PM |
| **To:** | Ryan A. Loosvelt; aaftek@cox.net |
| **Cc:** | Yalonda J. Dekle |
| **Subject:** | Re: Eruchalu v. U.S. Bank et al. - request for extension |

Hello Mr Loosvelt:

I am in receipt of your email, with intent to approach the Honorable court, for two-week extension of time to file your Answering Brief.

I have no objection to your request for extension of time, and you may proceed accordingly with your motion to the Honorable court.

Sincerely,

Godson Eruchalu


On Wednesday, August 19, 2015 1:01 PM, Ryan A. Loosvelt <RALoosvelt@hollandhart.com> wrote:


Mr. Eruchalu, as you know we did not oppose your two extension motions to file your Opening Briefs in your two current appeals.  Please let us know whether you agree to a 2 week extension for U.S. Bank to file its Answering Brief in the first appeal.  The extension you received caused briefing to occur while I was on a pre-planned vacation as well as consumed on other time-sensitive matters.  We will likely be submitting the motion tomorrow.  Thank you.

Regards,

**Ryan Loosvelt**
*Of Counsel*
Holland & Hart LLP
9555 Hillwood Drive
2nd Floor
Las Vegas, NV 89134
Office (702) 669-4600
Direct (702) 222-2514
Mobile (702) 328-9261
Fax (702) 534-4912
E-mail: RALoosvelt@hollandhart.com



1

**CONFIDENTIALITY NOTICE:** This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this e-mail. Thank you.